**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 15, 2012.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

————————

## NO. 14-10-00400-CV

————————

**KEESHA PERRY, Appellant**

**V.**

**HOUSTON HOUSING AUTHORITY, Appellee**

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 951539**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment in a forcible detainer action signed February 16, 2010. On May 2, 2012, the parties filed a joint motion to dismiss its appeal and the underlying case as moot. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we order the appeal dismissed. We further order the judgment below vacated and the case dismissed. *See* Tex. R. App. P. 43.2(e).

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.